MAY 18, 1953.

No. 723. WALES, DOING BUSINESS AS WALES TRUCKING Co., ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of Texas. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *United States* v. *Tucker Truck Lines,* 344 U. S. 33; *United States* v. *Detroit Navigation Co.,* 326 U. S. 236, 241. *T. S. Christopher* for appellants. *Solicitor General Cummings* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; *R. E. Kidwell* for the Newsom Truck Line et al.; *Reagan Sayers* for Tex-O-Kan Transportation Co.; and *Ewell H. Muse, Jr.* for E. L. Farmer & Co. et al., appellees.

No. ——, Original. ARKANSAS *v.* TEXAS ET AL. A rule is ordered to issue, returnable within 40 days, requiring the defendants to show cause why leave to file the complaint should not be granted. *Tom Gentry,* Attorney General of Arkansas, *Kay Matthews,* Assistant Attorney General, and *E. J. Ball,* Special Assistant to the Attorney General, for complainant.

No. 454, Misc. WILLIAMS *v.* HUMPHREY, WARDEN, ET AL.;

No. 474, Misc. BANNING *v.* HUMPHREY, WARDEN; and

No. 487, Misc. BRINK *v.* CLAUDY, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.